

E-FILED

JUL - 2 2019

Document # _____

JS-6



# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PACIFIC COAST SURGICAL CENTER, L.P., a California limited partnership,<br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>　　　Defendants. | Case No. 2:18-CV-03904-PSG (KSx)<br><br>[PROPOSED] JUDGMENT |

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2    On June 25, 2019, the Court granted Defendant Scottsdale Insurance

3    Company's ("Scottsdale") motion for summary judgment and denied Plaintiff

4    Pacific Coast Surgical Center, L.P.'s ("Plaintiff") motion for partial summary

5    judgment.  The Court determined Scottsdale is entitled to judgment as a matter of

6    law with respect to the following:

7    Plaintiff's motion for partial summary judgment is DENIED because the

8    March 20, 2014 letter from David S. Lu, M.D. ("Dr. Lu") to Plaintiff constituted a

9    Claim, as that term is defined by the Business and Management Indemnity Policy

10    No. EKS3125930 (the "Policy"), which was first made prior to the Policy's

11    inception.

12    There is no genuine issue as to any material fact and Scottsdale is entitled to

13    judgment as a matter of law with respect to Plaintiff's first claim for breach of

14    contract (Defense Costs) because Scottsdale had no duty to defend Plaintiff in the

15    actions styled *David S. Lu, M.D. v. Pacific Coast Surgical Center, L.P.*, Case No.

16    YC070405 ("Lu Actión") and *Marc Rosenthal, M.D. v. Pacific Coast Surgical*

17    *Center, L.P.*, Case No. YC069835 ("Rosenthal Action") (collectively "Related

18    Actions").  Accordingly, Scottsdale's motion for summary judgment on Plaintiff's

19    first claim for breach of contract (Defense Costs) is GRANTED.

20    There is no genuine issue as to any material fact and Scottsdale is entitled to

21    judgment as a matter of law with respect to Plaintiff's second claim for breach of

22    contract (Indemnity) because Scottsdale had no duty to indemnify Plaintiff in the

23    Related Actions.   Accordingly, Scottsdale's motion for summary judgment on

24    Plaintiff's second claim for breach of contract (Indemnity) is GRANTED.

25    There is no genuine issue as to any material fact and Scottsdale is entitled to

26    judgment as a matter of law with respect to Plaintiff's third claim for breach of

27    contract (Independent Counsel) because Scottsdale had no duty to defend Plaintiff

28    in the Related Actions and therefore, no duty to provide Independent Counsel to

2

1 Plaintiff in the Related Actions.  Accordingly, Scottsdale's motion for summary

2 judgment on third claim for breach of contract (Independent Counsel) fourth claim

3 Plaintiff's independent counsel claim is GRANTED.

4      There is no genuine issue as to any material fact and Scottsdale is entitled to

5 judgment as a matter of law with respect to Plaintiff's fourth claim for tortious

6 breach of the implied covenant of good faith and fair dealing ("bad faith") because

7 there was no potential for coverage of the Related Actions.  Accordingly,

8 Scottsdale's motion for summary judgment on Plaintiff's bad faith claim is

9 GRANTED.

10      There is no genuine issue as to any material fact and Scottsdale is entitled to

11 judgment as a matter of law with respect to Plaintiff's fifth claim for declaratory

12 judgment. Plaintiff's declaratory judgment claim asks the Court to declare that Dr.

13 Lu's March 20, 2014 letter is not a claim and that Scottsdale breached its duty to

14 defend.  However, the Court has ruled in Scottsdale's favor on both of these issues.

15 Accordingly, Scottsdale's motion for summary judgment on Plaintiff's declaratory

16 relief claim is GRANTED.

17      Seventh, as the prevailing party, Scottsdale is entitled to recover its costs in

18 this action in the amount of $_____.

19      **JUDGMENT IS HEREBY ENTERED** as follows:

20      Judgment is entered in favor of Scottsdale and against Plaintiff, and Plaintiff

21 shall take nothing by way of its complaint.  Scottsdale is entitled to recover its

22 costs in the amount of $_____.

23

24

25 Dated: __7/2__ 2019     By: _____

26                         The Honorable Phillip S. Gutierrez
                           UNITED STATES DISTRICT COURT JUDGE

27

28

3